EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 134 |
|---|---|
| Ángel Hernández Ríos | 205 DPR _____ |

Número del Caso: TS-12,820


Fecha: 6 de noviembre de 2020


Abogado del peticionario:

    Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Ángel Hernández Ríos

TS-12,820

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de noviembre de 2020.

Examinada la *Solicitud de readmisión al ejercicio de la abogacía y notaría,* presentada por el Sr. Ángel Hernández Ríos, se provee ha lugar a su solicitud de readmisión al ejercicio de la abogacía.

Además, atendida la *Contestación a moción en cumplimiento de orden del Director de ODIN*, se provee no ha lugar a la readmisión al ejercicio de la notaría.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al Lcdo. Ángel Hernández Ríos actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo